United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13057-elf
Debra E. Ferrell                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 2                Date Rcvd: Dec 09, 2019
                              Form ID: 167           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db         +Debra E. Ferrell,    479 Alleghenyville Road,    Mohnton, PA 19540-8111
cr         +Lakeview Loan Servicing, LLC,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
             Warrington, PA 18976-3403
14103037    CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14103042   +David Burr,    479 Alleghenyville Road,    Mohnton, PA 19540-8111
14103038   +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14103035   +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14285593   +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
             1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
14103044   +LAKEVIEW LOAN SERVICING LLC,    Stern and Eisenberg,    c/o Andrew Marley, Esquire,
             1581 Main St Suite 200,    Warrington, PA 18976-3403
14103043   +LAKEVIEW LOAN SERVICING LLC,    4425 PONCE DE LEON BLVD,    Miami, FL 33146-1837
14108706   +Lakeview Loan Servicing, LLC,    c/o Christopher M. McMonagle, Esq.,    1581 Main Street, Ste 200,
             The Shops at Valley Square,    Warrington, PA 18976-3403
14103045   +Midland Funding LLC,    c/o Hayt, Hayt & Landau, LLC,    123 S. Broad St., Ste. 1160,
             Philadelphia, PA 19109-1043
14103047   +Reading Hospital,    c/o Convergent Healthcare Recoveries,    121 NE Jefferson Street,
             Suite 100,    Peoria, IL 61602-1229
14103046   +Reading Hospital,    c/o Arcadia Recovery Bureau,    645 Penn Street,    Reading, PA 19601-3527
14103036   +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14103040   +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2019 03:36:42      ALLY FINANCIAL,
             P.O. BOX 380901,    BLOOMINGTON, MN 55438-0901
14104261    E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2019 03:36:42      Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
14103041   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:45:19
             CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
14103039   +Fax: 602-659-2196 Dec 10 2019 05:19:00     Chex Systems Inc.,    ATTN: Customer Relations,
             7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14131579   +E-mail/Text: camanagement@mtb.com Dec 10 2019 03:37:19     Lakeview Loan Servicing, LLC,
             c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14164421    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:45:56
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Lakeview Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Debra E. Ferrell glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com

```
District/off: 0313-4          User: SaraR              Page 2 of 2            Date Rcvd: Dec 09, 2019
                              Form ID: 167             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC
         wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Debra E. Ferrell
    Debtor(s)

Case No: 18–13057–elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT F. WATERMAN (Chapter 13) Represented by SCOTT F. WATERMAN (Chapter 13)

**Hearing rescheduled from 01/30/20 to 01/23/20**

on: 1/23/20

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  12/9/19

Timothy B. McGrath
Clerk of Court

31 − 27
Form 167