**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **DEBRA E. FERRELL,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 18-13057 ELF** |

**WITHDRAWAL OF DEBTOR'S RESPONSE TO MOTION FOR RELIEF**

  Debtor, Debra E. Ferrell, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Response to Motion for Relief, and respectfully requests that the Response to the Motion for Relief of Lakeview Loan Servicing, LLC, which was filed by the Debtor on January 4, 2020, be withdrawn.

         **Respectfully submitted,**

         **Hartman, Valeriano, Magovern & Lutz, PC**

  **by:**  /s/ George M. Lutz

         **George M. Lutz, Esquire**
         **1025 Berkshire Boulevard, Suite 700**
         **Wyomissing, PA  19610**
         **Pa. Attorney ID No.: 46437**