**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Debra E. Ferrell<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　　Movant<br>　　vs.<br>Debra E. Ferrell<br>　　　　　　　　　Debtor(s)<br>David Burr<br>　　　　　　　　　Co-Debtor | NO. 18-13057 ELF<br><br>11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman<br>　　　　　　　　　Trustee | |

**ORDER**

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362 and 1301, is **MODIFIED** with respect to the subject premises located at 479 Alleghenyville Road, Mohnton, PA 19540 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Order entered by default.**

Date: 1/10/20

　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**

Debra E. Ferrell
479 Alleghenyville Road
Mohnton, PA 19540

David Burr
479 Alleghenyville Road
Mohnton, PA 19540

George M. Lutz Esq.
845 North Park Rod, Suite 101 (VIA ECF)
Wyomissing, PA 19610

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532