United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13057-elf
Debra E. Ferrell                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 1           Date Rcvd: Jan 10, 2020
                              Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db           +Debra E. Ferrell,    479 Alleghenyville Road,   Mohnton, PA 19540-8111
smg          +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           +Lakeview Loan Servicing, LLC,    c/o Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
               Warrington, PA 18976-3403
14103044     +LAKEVIEW LOAN SERVICING LLC,    Stern and Eisenberg,   c/o Andrew Marley, Esquire,
               1581 Main St Suite 200,    Warrington, PA 18976-3403
14103043     +LAKEVIEW LOAN SERVICING LLC,    4425 PONCE DE LEON BLVD,   Miami, FL 33146-1837
14439792     +Lakeview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14108706     +Lakeview Loan Servicing, LLC,    c/o Christopher M. McMonagle, Esq.,   1581 Main Street, Ste 200,
               The Shops at Valley Square,    Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:37:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2020 03:37:30     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14131579     +E-mail/Text: camanagement@mtb.com Jan 11 2020 03:36:33     Lakeview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Lakeview Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Debra E. Ferrell glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Debra E. Ferrell | | CHAPTER 13 |
| Debtor(s) | | |
| Lakeview Loan Servicing, LLC | | |
| Movant | | |
| vs. | | NO. 18-13057 ELF |
| Debra E. Ferrell | | |
| Debtor(s) | | |
| David Burr | | |
| Co-Debtor | | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | | |
| Trustee | | |

**ORDER**

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362 and 1301, is **MODIFIED** with respect to the subject premises located at 479 Alleghenyville Road, Mohnton, PA 19540 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Order entered by default.**

Date: 1/10/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Debra E. Ferrell
479 Alleghenyville Road
Mohnton, PA 19540

David Burr
479 Alleghenyville Road
Mohnton, PA 19540

George M. Lutz Esq.
845 North Park Rod, Suite 101 (VIA ECF)
Wyomissing, PA 19610

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532