United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-13057-elf
Debra E. Ferrell                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: John              Page 1 of 2              Date Rcvd: Jan 27, 2020
                             Form ID: pdf900        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
db             +Debra E. Ferrell,    479 Alleghenyville Road,    Mohnton, PA 19540-8111
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Lakeview Loan Servicing, LLC,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
14103037        CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14103042       +David Burr,    479 Alleghenyville Road,    Mohnton, PA 19540-8111
14103038       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14103035       +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14285593       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                 1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
14103044       +LAKEVIEW LOAN SERVICING LLC,    Stern and Eisenberg,    c/o Andrew Marley, Esquire,
                 1581 Main St Suite 200,    Warrington, PA 18976-3403
14103043       +LAKEVIEW LOAN SERVICING LLC,    4425 PONCE DE LEON BLVD,    Miami, FL 33146-1837
14439792       +Lakeview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14108706       +Lakeview Loan Servicing, LLC,    c/o Christopher M. McMonagle, Esq.,    1581 Main Street, Ste 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3403
14103045       +Midland Funding LLC,    c/o Hayt, Hayt & Landau, LLC,    123 S. Broad St., Ste. 1160,
                 Philadelphia, PA 19109-1043
14103047       +Reading Hospital,    c/o Convergent Healthcare Recoveries,    121 NE Jefferson Street,
                 Suite 100,    Peoria, IL 61602-1229
14103046       +Reading Hospital,    c/o Arcadia Recovery Bureau,    645 Penn Street,    Reading, PA 19601-3527
14103036       +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2020 03:22:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 28 2020 03:22:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14103040        E-mail/Text: ally@ebn.phinsolutions.com Jan 28 2020 03:22:00     ALLY FINANCIAL,
                 P.O. BOX 380901,    BLOOMINGTON, MN 55438-0901
14104261        E-mail/Text: ally@ebn.phinsolutions.com Jan 28 2020 03:22:00     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14103041       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 03:16:04
                 CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
14103039       +E-mail/Text: bankruptcy.notifications@fisglobal.com Jan 28 2020 03:22:21     Chex Systems Inc.,
                 ATTN: Customer Relations,    7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14131579       +E-mail/Text: camanagement@mtb.com Jan 28 2020 03:22:04     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14164421        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2020 03:28:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: John              Page 2 of 2              Date Rcvd: Jan 27, 2020
                              Form ID: pdf900         Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Lakeview Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Debra E. Ferrell glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DEBRA E FERRELL<br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 18-13057-ELF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 27, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE